UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
MOONBUG ENTERTAINMENT LTD. et al.,                            :
                                         Plaintiffs,          :
                                                              :           21 Civ. 10315 (LGS)
         -against-                                            :
                                                              :                 ORDER
ALL NIGHT REVELRY STORE, et al.,                              :
                                         Defendants.          :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 3, 2021, Plaintiffs moved *ex parte* against Defendants for: (1) a temporary restraining order; (2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; (3) an order to show cause why a preliminary injunction should not issue; (4) an order authorizing bifurcated and alternative service and (5) an order authorizing expedited discovery.

WHEREAS, on January 4, 2022, by sealed letter to Chambers, Plaintiff filed a motion unseal the action.  It is hereby

**ORDERED** that, by **January 13, 2022**, the parties shall update the caption and file all prior filings on the public record, including any proposed orders, notices of appearances and motions to withdraw as counsel.

The Clerk of Court is respectfully directed to unseal this case, maintain any documents previously filed by the parties under seal and file the following Orders on the public docket:  the December 6, 2021, Order granting Plaintiffs' temporary restraining order (the "TRO"); the December 20, 2021, Order modifying the TRO; and the January 3, 2022, Order denying Ms. Hanif's motion to withdraw as counsel.

Dated: January 6, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**