UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
MOONBUG ENTERTAINMENT LTD., et al.,                           :
                              Plaintiffs,                     :
                                                              :      21 Civ. 10315 (LGS)
            -against-                                         :
                                                              :      ORDER
ALL NIGHT REVELRY STORE, et al.,                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, a Final Default Judgment and Permanent Injunction Order, issued June 2, 2022, granted Plaintiffs a default judgment against Defendants.  Plaintiffs' request for damages was then referred to Magistrate Judge James L. Cott for a post-default-judgment inquest.

  WHEREAS, on January 6, 2023, Judge Cott issued a Report and Recommendation (the "Report") recommending that Plaintiff be awarded $1,250,000 in statutory damages, plus post-judgment interest.

  WHEREAS, the Report set a deadline for any objections fourteen days from service of the Report.

  WHEREAS, on January 20, 2023, Plaintiff filed an affidavit of service on ECF, indicating that the Report had been served on Defendant on January 6, 2023.

  WHEREAS, no objections were timely filed.

  WHEREAS, in reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  A district judge is required to "determine de novo any part of the magistrate judge's disposition that has been properly objected to" by any party.  Fed. R. Civ. P. 72(b)(3); *accord United States v. Romano*, 794 F.3d 317, 340 (2d Cir. 2015).

WHEREAS, the Court finds no clear error on the face of the record as to Judge Cott's recommendations.  It is hereby

**ORDERED** that the Report is **ADOPTED** in full.  Plaintiffs are awarded $1,250,000 in damages, plus post-judgment interest under 28 U.S.C. § 1961(a).

Dated: January 31, 2023
      New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE