**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MOONBUG ENTERTAINMENT LTD., et al.,

                Plaintiffs,

   -against-                                        21 **CIVIL** 10315 (LGS)

                                                             **<u>JUDGMENT</u>**

ALL NIGHT REVELRY STORE, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 31, 2023, the Report is ADOPTED in full. Plaintiffs are awarded $1,250,000 in damages, plus post-judgment interest under 28 U.S.C. § 1961(a).

**Dated:** New York, New York

      January 31, 2023

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                           **Clerk of Court**

                                   **BY:**    *K. Mango*

                                                           _____
                                                           **Deputy Clerk**